**Helen M. PEEK, Appellant,**

v.

**TREASURER OF THE STATE OF MISSOURI—Custodian of the Second Injury Fund, Respondent.**

**WD 77915**

Missouri Court of Appeals, Western District.

FILED: March 31, 2015

Application to Transfer to Supreme Court Denied April 28, 2015

Application for Transfer Denied June 30, 2015

Jeffrey T. Adams, Clinton, MO, for appellant

Laura K. Van Fleet, Kansas City, MO, for respondent

Before Division Four: Alok Ahuja, C.J., Lisa White Hardwick, J., and Jalilah Otto, Sp.J.

ORDER

PER CURIAM:

Appellant Helen Peek injured her neck and left shoulder while working as a nurse in 2010. Peek claimed that she was permanently and totally disabled due to the combined effects of the 2010 injury and a separate 2006 injury (which Peek suffered while working for a different employer). Peek settled her worker's compensation claim concerning her 2010 injury with her employer. Following a hearing, the Labor and Industrial Relations Commission found that Peek was permanently and totally disabled as a result of the 2010 injury considered in isolation, and therefore denied her claim against the Second Injury Fund. Peek appeals. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).